IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

RECEIVED
2020 DEC 28 A 10:09

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
DEC 28 2020
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

MICHAEL ROBERTSON                                     Plaintiff

vs.                  No. 4:20-cv-1259 LPR-PSH

LT. NICOLE NELSON,                                    DEFENDANTS
DEP. GREGORY BELT
SGT. MURPHY

## MOTION TO OBJECT ~~DEFENDANTS~~ AFFIRMATIVE DEFENSES

~~ANSWER~~/objection

Come Now Plaintiff Michael Robertson, Sui Juris Pursuant to U.N. Universal Declaration of Human Rights, + for his ~~Objection~~ to defendant's Answer/Affirmative defenses (Doc. 14) state the following.

1.

1. As stated the defendants Answer + Affirmative defenses are Now objected by the plaintiff.

2. The Plaintiff assert + reserve the right to file a Motion to object or other appropriate objections + to alledge any of the affirmative defenses made by the defendants which are frivolous, Malicious + Moot.

3. The plaintiff specifically + expressly object to each + every one of the defendants answers + Affirmative defenses not made specifically + expressly admitted in this objection.

4. The plaintiff respectfully request that defendants agree to settle out with his claim of $1,000,000 Dollars under State, Federal + International law.

2.

# OBJECTION TO Defendant's AFFIRMATIVE DEFENSES

5. The Plaintiff assert the following objections to defendants affirmative defenses:

A. In response to defendants defenses in Letter A & B, In reference to the 11th Amendment U.S.C. the defendants have no applicable immunity, including tort/negligence immunity, Statutory immunity, statutory tort/neligence immunity, Punitive Damages immunity & Sovereign Immunity; Qualified Immunity, being that Defendants are color of law officials that could be liable for their blatant actions under color of law Pursuant to see: U.S. codes of law Title 18 Chapter 241 + 242.

According with the 14th Amendment to the United States Constitutions Due Process Clause and Equal Protection of the Laws Clause,.

3.