IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MICHAEL ROBERTSON**                                                                        **PLAINTIFF**

v.                              No: 4:20-cv-01259-LPR-PSH

**NICOLE NELSON,** *et al.*                                                                  **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris. (Doc. 35). No objections have been filed. After careful review of the Recommendation and the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Mr. Robertson's Complaint and Amended Complaint (Docs. 1, 4) are DISMISSED WITHOUT PREJUDICE and Mr. Robertson's Motion for a Temporary Restraining Order (Doc. 26) is DENIED as MOOT.

DATED this 5th day of April 2021.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE