IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MICHAEL ROBERTSON**  PLAINTIFF

v.  No: 4:20-cv-01259-LPR-PSH

**NICOLE NELSON,** *et al.*  DEFENDANTS

## JUDGMENT

Pursuant to the Order filed on this date, it is CONSIDERED, ORDERED, and ADJUDGED that Plaintiff Michael Robertson's Complaint and Amended Complaint is DISMISSED WITHOUT PREJUDICE.

IT IS SO ADJUDGED this 5th day of April 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE